UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-252-T-23JSS

DEVIN FABIAN COLLINS

# BILL OF PARTICULARS
### (Forfeiture)

The United States of America pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following are subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

a. A Springfield Armory XD-9 Caliber 9mm Pistol, SN S3943350; and

b. Seven rounds of Hornady 9mm caliber ammunition.

Respectfully Submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By: *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
